**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

YURIELVIS WILLIAMS DOMINGUEZ VERANE,

     Petitioner,

v.

TODD BLANCHE, in his official capacity as
Acting Attorney General of the United
States; MARKWAYNE MULLIN, in his
official capacity as Secretary of the U.S.
Department of Homeland Security; DAVID
VENTURELLA, in his official capacity as
Acting Director of the U.S. Immigration and
Customs Enforcement; MARY DE ANDA-
YBARRA, in her official capacity as El Paso
Field Office Director, U.S. Immigration and
Customs Enforcement; and WARDEN of the
Torrance County Detention Center,,

     Respondents.

Nos. 1:26-cv-02078-MIS-JHR, Lead Case
    1:26-cv-02171-DHU-KRS

**ORDER OF CONSOLIDATION**

THIS MATTER is before the Court sua sponte after Respondents notified the Court that

Petitioner filed identical Petitions for a Writ of Habeas Corpus. Having reviewed the Motion and

the relevant law, the Court orders the Petitions be CONSOLIDATED.

On June 29, 2026, Petitioner filed a Petition for Writ of Habeas Corpus in this District. *See*

1:26-cv-02078-MIS-JHR, ECF No. 1. On June 30, 2026, the Court (Hon. Margaret I. Strickland)

ordered Respondents to show cause. 1:26-cv-02078-MIS-JHR, ECF No. 3. Respondents filed their

response on July 14, 2026. 1:26-cv-02078-MIS-JHR, ECF No. 7.

On July 6, 2026, Petitioner filed a second Petition for Writ of Habeas Corpus in this

District, opening a new case. 1:26-cv-02171-DHU-KRS, ECF No. 1. This second Petition is

identical to the first. *Compare* 1:26-cv-02078-MIS-JHR, ECF No. 1, and 1:26-cv-02171-DHU-

KRS, ECF No. 1.[1] The Court (Hon. David H. Urias) ordered Respondents to show cause within ten (10) business days. 1:26-cv-02171-DHU-KRS, ECF No. 4.

Given that Petitioner's Habeas Petitions are identical, the Court agrees that the two Petitions involve "common questions of law or fact" and that the Court should, therefore, consolidate these two habeas cases. *See* Fed. R. Civ. P. 42(a).

**IT IS THEREFORE ORDERED** that *Dominguez Verane v. LNU et al*, 1:26-cv-02078-MIS-JHR and *Yurielvis Williams v. LNU et al*, 1:26-cv-02171-DHU-KRS are CONSOLIDATED for all purposes.

**IT IS FURTHER ORDERED** that the case with the lower terminal digit, ***Dominguez Verane v. LNU et al*, 1:26-cv-02078-MIS-JHR**, is designated as the LEAD CASE.

**IT IS FURTHER ORDERED** that all further pleadings, motions and documents shall only bear ***Dominguez Verane v. LNU et al*, 1:26-cv-02078-MIS-JHR**, the LEAD CASE NUMBER, and shall be filed in that docket.

**IT SO ORDERED**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

---

[1] The clerk apparently transposed Petitioner's name in 1:26-cv-02171, listing him as Dominguez Verane Yurielvis Williams instead of Yurielvis Williams Dominguez Verane. *See* 1:26-cv-02078, ECF Nos. 1, 7.